Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**McNulty Trucking & Feed Supplies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4303421** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13606 Thayer Road**<br>**Hebron, IL**<br>ZIP Code **60034** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)     **FORM B1**, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **McNulty Trucking & Feed Supplies, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **McNulty Trucking & Feed Supplies, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X  /s/ Erick Bohlman**
Signature of Attorney for Debtor(s)

**Erick Bohlman  6224222**
Printed Name of Attorney for Debtor(s)

**Bohlman Law Offices, P.C.**
Firm Name

**111 South Virginia Street
Crystal Lake, IL 60014**

Address

**Email: abohlman@sbcglobal.net
815-477-9200  Fax: 815-477-9201**
Telephone Number

**December  6, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Michael P. McNulty**
Signature of Authorized Individual

**Michael P. McNulty**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December  6, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **McNulty Trucking & Feed Supplies, Inc.**                              Case No.
                                    Debtor(s)                                 Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................... $ **1,451.00**
    Prior to the filing of this statement I have received ..................................... $ **1,451.00**
    Balance Due ......................................................................................................... $     **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December  6, 2007**                       **/s/ Erick Bohlman**
                                                      **Erick Bohlman 6224222**
                                                      **Bohlman Law Offices, P.C.**
                                                      **111 South Virginia Street**
                                                      **Crystal Lake, IL 60014**
                                                      **815-477-9200   Fax: 815-477-9201**
                                                      **abohlman@sbcglobal.net**

# United States Bankruptcy Court
## Northern District of Illinois

In re **McNulty Trucking & Feed Supplies, Inc.**  Case No.
Debtor(s)  Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **70**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 6, 2007**   **/s/ Michael P. McNulty**
**Michael P. McNulty**/**President**
Signer/Title

```
ACF Equipment, Inc.
1340 Cobblestone Way
Woodstock, IL 60098


Allison, Slutsky & Kenndy
230 West Monroe, Suite 2600
Chicago, IL 60606


American Financial Management, Inc.
3715 Ventura Drive
Arlington Heights, IL 60004


Atlantic Trailer & Eqpt Sales, Inc.
111-B Egg Harbor Road
Sewell, NJ 08080


Bankcard Usa
5701 Lindero Canyo Bldg 3
Westlake Villa, CA 91362


Baum, Sigman Auerback
& Neuman, LTD
200 West Adams Strret, Suite 2200
Chicago, IL 60606


Bluff City Material
2252 Southwind Blvd.
Bartlett, IL 60103


Boncosky Oil Company
739 N.State Street
Elgin, IL 60123


Botts Welding & Truck Service, Inc.
PO Box 430
Woodstock, IL 60098


Brunt Brothers
1220 East 75th Street
PO Box 199267
Chicago, IL 60619


Burris Equipment Company
2216 N. Greenbay Road
Waukegan, IL 60087
```

Campion, Curran, Dunlop & Lamp, PC
8600 US Highway 14
Suite 201
Crystal Lake, IL 60012

Carmell, Charone, Widmer, Moss
& Barr
230 W. Monroe Street, #1900
Chicago, IL 60606

Carnow, Conibear & Associates
333 West Wacker Drive, #1400
Chicago, IL 60606

Chicago Trailer Pool Corp.
Diamond Fianancial
1200 Hanger Road, Suite 500
Oak Brook, IL 60523

Citibank
Attn: Citicorp Credit Services
7920 Nw 110th Street
Kansas City, MO 64153

City of Chicago
Cost Recovery & Coll. Div.
333 S. State Street, Ste. 540
Chicago, IL 60604

CNA Surety Corporation
333 South Wabash Avenue
Chicago, IL 60604

Conserve FS
97791 Eagle Way
Chicago, IL 60678

Craft Concrete
134 S. Highway 14
Cary, IL 60013

Dowd, Bloch & Bennett
8th South Michigan, 19th Floor
Chicago, IL 60603

Environmental Monitoring
& Technology
8100 N. Austin Avenue
Morton Grove, IL 60053


First Financial Asset
230 Peachtree St Ste 170
Atlanta, GA 30303


First National Bank of Marengo
Commercial Lending
4520 West Algonquin Road, Suite 200
Lake In The Hills, IL 60156


First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117


Ford Motor Credit Corporation
National Bankruptcy
Po Box 537901
Livonia, MI 48153


Fox Valley Laborers
2044 Big Timber Road
Building B, Suite 206
Elgin, IL 60123


Franks, Gerkin & McKenna, P.C.
19333 E. Grant Highway, P.O. Box 5
Marengo, IL 60152


Gary M. Vanek
Schnell, Bazos, Freeman, Kramer, ..
1250 Larkin Ave.
Elgin, IL 60123


Harmons Motor Service
4542-52 West Carroll Avenue
Chicago, IL 60624


Harris N.A.
P.O. Box 6201
Carol Stream, IL 60197

Harts Tractor Company
249 W. Lake Street
Elmhurst, IL 60126


Home Depot
City Cards Private Label-Bankruptcy
PO Box 20483
Kansas City, MO 64195


Howard W. Melton
200 E. Delaware, Suite 8B
Chicago, IL 60611


Howell Tractor & Equipment LLC
1901 E. Pratt Blvd.
Elk Grove Village, IL 60007


IBT, Local Union 301
36990 N. Greenbay Road
Waukegan, IL 60087


Kenneth M. Gazda
c/o Favaro & Gormon, Ltd.
835 Sterling Ave. #100
Palatine, IL 60067


Kieft Brothers, Inc.
837 S. Riverside Drive
Elmhurst, IL 60126


Law Offices Berry Serota & Ass.
PO Box 1008
Arlington Heights, IL 60006


Law Offices of Anthony G. Suizzo
1701 East Lake Street, Suite 310
Glenview, IL 60025


Lease Finance Group Ll
233 N Michigan Ave Ste 1
Chicago, IL 60601


LLamas/McKele Site Development
8255 E. Virginia Street, #4
Lake in the Hills, IL 60102

```
Luise, Inc.
1346 S. Hannah
Forest Park, IL 60130


Manning & Silverman CPA's
175 Olde Half Day Road, #290
Lincolnshire, IL 60069


McAllister Equipment
PO Box 88025
Milwaukee, WI 53288


McCann Industries, Inc.
4102 W. Crystal Lake Road
Mchenry, IL 60050


McJessy Ching Thompson
3759 N. Ravenswood, Suite 231
Chicago, IL 60613


McKele Site Development
13914 Washington Street
Woodstock, IL 60098


McNulty Trucking
PO Box 1033
Woodstock, IL 60098


Midwest Operating Engineers
Local Union 150
6200 Joliet Road
Counntryside, IL 60525


Municipal Publishing
1507 East 53rd Street
Chicago, IL 60615


Nigro & Westdall
1793 Bloomingdale Road
Glendale Heights, IL 60139


Patten Industries, Inc.
635 West Lake Street
Elmhurst, IL 60126
```

Pro Consulting Services, Inc.
PO Box 66768
Houston, TX 77266


Red Robin - Cantera LLC
28260 Diehl Road
Warrenville, IL 60555


RH Donnelly
8517 Innovation Way
Chicago, IL 60682


Robert Hanlon
14212 Washington Street
Woodstock, IL 60098


Rockford Industrial Welding
Supply, Inc.
PO Box 5404
Crystal Lake, IL 60014


Ross, Hollander & Associates, Inc.
954 Lexington Avenue, Suite 218
New York, NY 10021


Schuller & Shelist, LTD
415 North LaSalle Street, Suite 500
Chicago, IL 60610


SCI Companies
2435 Technology Center Pkwy
Lawrenceville, GA 30043


Spruce Lake Sand & Gravel, Inc.
5435 Bull Valley Road, Suite 330
Mchenry, IL 60050


Steve's Equipment Services, Inc.
1400 Powis Road
West Chicago, IL 60185


The Lombard Company
4245 West 123rd Street
Alsip, IL 60803

The McGraw-Hill Companies
7625 Collection Center Drive
Chicago, IL 60693


Viking Office Products
PO Box 30488
Los Angeles, CA 90030


Vulcan Materials Company
1200 Urban Center Drive
Birmingham, AL 35242


Windy City Heavy Equipment
Services, Inc.
930 kromray Road
Lemont, IL 60439


Wofe, Wolfe & Ryd, LLP
Twenty North Wacker Drive
Suite 3550
Chicago, IL 60606


Wright Express
Fleet Fueling
PO Box 6293
Carol Stream, IL 60197

# United States Bankruptcy Court
## Northern District of Illinois

In re  **McNulty Trucking & Feed Supplies, Inc.**                                      Case No.
                                                  Debtor(s)                            Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **McNulty Trucking & Feed Supplies, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December  6, 2007** | **/s/ Erick Bohlman** |
| Date | **Erick Bohlman 6224222** |
| | Signature of Attorney or Litigant |
| | Counsel for   **McNulty Trucking & Feed Supplies, Inc.** |
| | **Bohlman Law Offices, P.C.** |
| | **111 South Virginia Street** |
| | **Crystal Lake, IL 60014** |
| | **815-477-9200 Fax:815-477-9201** |
| | **abohlman@sbcglobal.net** |

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **McNulty Trucking & Feed Supplies, Inc.**                         Case No.
                                        Debtor(s)                Chapter  **7**

# AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**McNulty Trucking & Feed Supplies, Inc.**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Erick Bohlman 6224222**, certify under penalty of perjury that the above is true and correct.


Executed on  **December  6, 2007**                    **/s/ Erick Bohlman**
                                                     Signature
                                                     **Erick Bohlman 6224222**